1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, EX
REL.  MICHAEL STEWART,

              Plaintiff,

-vs-

ALTECH SERVICES INC., an
Oklahoma Corporation, and THOMAS
WANDER and JANE DOE WANDER,
a marital community,

              Defendants.

NO.  CV-07-213-LRS

ORDER OF DISMISSAL
WITH PREJUDICE

      Pursuant to the court's order of May 31, 2012, Plaintiff hereby acknowledges receipt of the agreed settlement funds in this matter and therefore:

      It is, hereby ORDERED:

            That the above captioned case is dismissed with prejudice.

            IT IS SO ORDERED.

      DATED this 12th day of July, 2012.


                        *s/Lonny R. Suko*
                _____
                       LONNY R. SUKO
                  United States District Judge

ORDER -  1